**Bernardo GALLEGOS–LOMELI,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

**No. 10–73333.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed July 9, 2012.

Sharon A. Healey, Law Office of Sharon A. Healey, Seattle, WA, for Petitioner.

Matthew Allan Spurlock, Ada Elsie Bosque, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

## MEMORANDUM **

Bernardo Gallegos–Lomeli, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We dismiss the petition for review.

We lack jurisdiction to review the BIA's denial of Gallegos–Lomeli's motion to reopen, because the evidence submitted with the motion concerns the same basic hardship grounds that Gallegos–Lomeli previously relied on to support his application for cancellation of removal. *See Fernandez v. Gonzales,* 439 F.3d 592, 601–03 (9th Cir.2006).

Gallegos–Lomeli's contentions that the BIA failed to consider the evidence he submitted and failed to explain the reasons for denying his motion are not supported by the record and do not amount to colorable constitutional claims that would invoke our jurisdiction. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).